For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

**STATE of Missouri, Respondent,**

**v.**

**Nicholas Raheem THOMAS, Appellant.**

**WD 77807**

Missouri Court of Appeals, Western District.

FILED: April 5, 2016

Mary H. Moore, Jefferson City, MO, for respondent.

Rosalynn Koch, Columbia, MO, for appellant.

Before Division Four: Alok Ahuja, C.J., and Cynthia L. Martin and Gary D. Witt, JJ.

## ORDER

PER CURIAM:

Following a jury trial, Appellant Nicholas Thomas was convicted in the Circuit Court of Boone County of first-degree murder and armed criminal action in connection with the shooting death of Tre'Veon Marshall. Thomas was sentenced to concurrent terms of life imprisonment without probation or parole for first-degree murder, and to twenty years' imprisonment for armed criminal action. Thomas appeals, arguing that the circuit court erroneously excluded a Facebook posting and photograph of another person as evidence at his trial; Thomas contends that this evidence implicates the other person in Marshall's murder, and was necessary to explain the course of the police's investigation. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).